UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID A. JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-0715 |
| | ) | Judge Echols |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Court hereby enters the following rulings:

(1) Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge which are titled "Memorandum in Response to Magistrate Bryant's Report and Recommendation" (Docket Entry No. 122 & 123) are hereby OVERRULED;

(2) The Report and Recommendation of the Magistrate Judge (Docket Entry No. 74) is hereby ACCEPTED and APPROVED;

(3) Defendant's Motion for Summary Judgment (Docket Entry No. 41) is hereby GRANTED;

(4) Plaintiff's Motions for Enlargement of Time (Docket Entry Nos. 124 & 125) are hereby DENIED;

(5) Defendant's Motion for Rule 11 Sanctions (Docket Entry No. 127) is hereby DENIED. However, **Plaintiff is hereby specifically warned that any effort to litigate further any type of claim in any court that in any way relates to Mass Mutual's decision to deny him disability**

1

**benefits will most likely result in the award of significant sanctions.** Such sanctions may include, but not be limited to, monetary sanctions, an award of costs to Defendant, an award of attorney's fees to Defendant, and/or an injunction which prohibits Plaintiff from filing suit in any court in relation to the disability policy issued by Mass Mutual, without prior judicial approval; and

 (6) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE